No. 44658.—Protests 34180–K, etc., of American Sugar Refining Co. et al. (Baltimore, etc.).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 44659.—Protests 6085–K (A)/11930, etc., of Premier Peat Moss Corp et al. (New Orleans, etc.).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 44660.—Protests 24334–K, etc., of John Alban & Co., Inc., et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, NOVEMBER 1, 1940

No. 44661.—Protests 966413–G, etc., of Strauss-Eckardt Co., Inc. (New York).

Opinion by TILSON, J. The sample was found to be a cheap article made of flimsy material and the testimony did not establish that these guitars were not chiefly used for the amusement of children. On the record presented the protests were overruled. *United States* v. *Gretsch* (28 C. C. P. A. —, C. A. D. 120) followed.

No. 44662.—Protest 958856–G of Abercrombie & Fitch Co. (New York).

Opinion by TILSON, J. The evidence showed that these lighters consist of two parts, a base and an upright piece, advertised as a combination table and pocket lighter. It was held that the fact that a purchaser might remove the lighter portion from the base and carry it in his pocket would not affect the classification status of the article. The claim at 60 percent under paragraph 1552 was sustained. *Hecht Pearl Co.* v. *United States* (18 C. C. P. A. 171, T. D. 44375) followed.

BEFORE THE SECOND DIVISION, NOVEMBER 1, 1940

No. 44663.—Protests 60460–G, etc., of J. J. Gavin & Co., Inc., et al. (New York).

Opinion by TILSON, J. On the records presented the protests were dismissed.

No. 44664.—Protest 31697–K of Mundane Co. (New York).

Opinion by TILSON, J. On the record presented the protests was dismissed.